UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WILBERT CHARLES MANNING           CIVIL ACTION NO. 12-2563-P

VERSUS                            JUDGE S. MAURICE HICKS, JR.

DEPUTY NUNNERY, ET AL.            MAGISTRATE JUDGE HORNSBY

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**IT IS FURTHER ORDERED** that Plaintiff's motion for service (Record Document 41) is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 26th day of June, 2015.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE